**Piedmont Henry Hospital**
1133 Eagles Landing Pkwy
Stockbridge, GA 30281

| Pay Group: | Piedmont Henry Hosp |
|---|---|
| Pay Begin Date: | 04/25/2021 |
| Pay End Date: | 05/08/2021 |

| | |
|---|---|
| Business Unit: | H2025 |
| Advice #: | 000000012468745 |
| Advice Date: | 05/14/2021 |

**Regina Wilson**
2951 Satellite Blvd
Apt 712
Duluth, GA 30096

| | |
|---|---|
| Employee ID: | 190193 |
| Department: | 73510-Labor and Delivery |
| Location: | 1133 Eagles Landing Pkwy |
| Job Title: | Staff RN-SPRN 3 |
| Pay Rate: | $38.000000 Hourly |

**TAX DATA:**

| | Federal | GA Stat |
|---|---|---|
| Tax Status: | Married | M-Se |
| Allowances: | 2 | 1+ |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Pay Period Begin Date | End Date | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 04/25/2021 | 05/01/2021 | 38.000000 | 11.98 | 455.24 | 207.54 | 8,287.71 |
| Eve Diff | 04/25/2021 | 05/01/2021 | 3.500000 | 3.72 | 13.02 | 72.96 | 255.41 |
| Night Diff | 04/25/2021 | 05/01/2021 | 4.500000 | 8.00 | 36.00 | 151.98 | 909.25 |
| W/E Diff | 04/25/2021 | 05/01/2021 | 3.500000 | 8.27 | 28.95 | 118.17 | 618.71 |
| Regular | 05/02/2021 | 05/08/2021 | 38.000000 | 11.88 | 451.44 | | 0.00 |
| Eve Diff | 05/02/2021 | 05/08/2021 | 3.500000 | 3.78 | 13.23 | | 0.00 |
| Night Diff | 05/02/2021 | 05/08/2021 | 4.500000 | 8.00 | 36.00 | | 0.00 |
| Call Back | | | | | 0.00 | 8.13 | 463.41 |
| Call Flex | | | | | 0.00 | 18.53 | 74.12 |
| Call Pay | | | | | 0.00 | 3.87 | 15.48 |
| Flex | | | | | 0.00 | 1.02 | 0.00 |
| Holiday | | | | | 0.00 | 11.97 | 574.56 |
| Retro Pay | | | | | 0.00 | | 201.53 |

**CONTINUED NEXT PAGE**

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 20.29 | 429.77 |
| Fed MED/EE | 15.00 | 168.03 |
| Fed OASDI/EE | 64.10 | 718.67 |
| GA Withholdng | 25.06 | 333.60 |
| **TOTAL:** | **124.45** | **1,650.1** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) | 31.02 | 347.75 |
| **TOTAL:** | **31.02** | **347.75** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Uniforms | 0.00 | 135.02 |
| Subway- HENRY | 0.00 | 29.71 |
| **TOTAL:** | **0.00** | **164.73** |

## EMPLOYER PAID BENEFITS

| Description | Current | YT |
|---|---|---|
| | | |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,033.88 | 1,002.86 | 124.45 | 31.02 | 878.41 |
| YTD | 11,591.38 | 11,243.63 | 1,650.12 | 512.48 | 9,428.7 |

| Start Balance | PTO: | 0.00 | EIB: | 0.00 |
|---|---|---|---|---|
| | Current | YTD | | YTD |
| Accrued | 0.00 | 0.00 | | 0.00 |
| Taken | 0.00 | 0.00 | | 0.00 |
| Adjustments | 0.00 | 0.00 | | 0.00 |
| End Balance | | 0.00 | | 0.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000012468745 | Checking | 80645918 | 25.00 |
| | Checking | 0247425915 | 853.41 |
| **TOTAL:** | | | **878.41** |

**MESSAGE:**

**Piedmont**
Piedmont Henry Hospital
1133 Eagles Landing Pkwy
Stockbridge, GA 30281

| | |
|---|---|
| Pay Group: | 250-Piedmont Henry Hospital |
| Pay Begin Date: | 04/25/2021 |
| Pay End Date: | 05/08/2021 |

| | |
|---|---|
| Business Unit: | H2025 |
| Advice #: | 000000012468745 |
| Advice Date: | 05/14/2021 |

Regina Wilson
2951 Satellite Blvd
Apt 712
Duluth, GA 30096

| | |
|---|---|
| Employee ID: | 190193 |
| Department: | 73510-Labor and Delivery |
| Location: | 1133 Eagles Landing Pkwy |
| Job Title: | Staff RN-SPRN 3 |
| Pay Rate: | $38.000000 Hourly |

| TAX DATA: | Federal | GA State |
|---|---|---|
| Tax Status: | Married | M-Sep |
| Allowances: | 2 | 1+2 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Staff Inc2 | | | | 0.00 | | 11.95 | 191.20 | | | |
| TOTAL: | | | | | 1,033.88 | | 11,591.38 | TOTAL: | | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | | | | | | |

**Piedmont Henry Hospital**
1133 Eagles Landing Pkwy
Stockbridge, GA 30281

| Pay Group: | Piedmont Henry Hospital |
|---|---|
| Pay Begin Date: | 04/11/2021 |
| Pay End Date: | 04/24/2021 |

| Business Unit: | H2025 |
|---|---|
| Advice #: | 000000012448723 |
| Advice Date: | 04/30/2021 |

**Regina Wilson**
2951 Satellite Blvd
Apt 712
Duluth, GA 30096

| Employee ID: | 190193 |
|---|---|
| Department: | 73510-Labor and Delivery |
| Location: | 1133 Eagles Landing Pkwy |
| Job Title: | Staff RN-SPRN 3 |
| Pay Rate: | $38.000000 Hourly |

**TAX DATA:**

| | Federal | GA State |
|---|---|---|
| Tax Status: | Married | M-Se |
| Allowances: | 2 | 1+ |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Pay Period Begin Date | Pay Period End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Call Flex | 04/11/2021 | 04/17/2021 | 4.000000 | 2.20 | 8.80 | 18.53 | 74.12 |
| Regular | 04/11/2021 | 04/17/2021 | 38.000000 | 9.80 | 372.40 | 183.68 | 7,381.03 |
| Eve Diff | 04/11/2021 | 04/17/2021 | 3.500000 | 3.78 | 13.23 | 65.46 | 229.16 |
| Night Diff | 04/11/2021 | 04/17/2021 | 4.500000 | 6.02 | 27.09 | 135.98 | 837.25 |
| W/E Diff | 04/11/2021 | 04/17/2021 | 3.500000 | 6.02 | 21.07 | 109.90 | 589.76 |
| Call Back | | | | 0.00 | 0.00 | 8.13 | 463.41 |
| Call Pay | | | | 0.00 | 0.00 | 3.87 | 15.48 |
| Flex | | | | 0.00 | 0.00 | 1.02 | 0.00 |
| Holiday | | | | 0.00 | 0.00 | 11.97 | 574.56 |
| Retro Pay | | | | 0.00 | 0.00 | | 201.53 |
| Staff Inc2 | | | | 0.00 | 0.00 | 11.95 | 191.20 |
| **TOTAL:** | | | | | **442.59** | | **10,557.50** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 409.4 |
| Fed MED/EE | 6.41 | 153.0 |
| Fed OASDI/EE | 27.45 | 654.5 |
| GA Withholdng | 0.00 | 308.5 |
| **TOTAL:** | **33.86** | **1,525.6** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) | 13.28 | 316.73 |
| **TOTAL:** | **13.28** | **316.73** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Subway- HENRY | 5.85 | 29.71 |
| Uniforms | 0.00 | 135.02 |
| **TOTAL:** | **5.85** | **164.73** |

## EMPLOYER PAID BENEFITS

| Description | Current | YT |
|---|---|---|

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 442.59 | 429.31 | 33.86 | 19.13 | 389.6 |
| YTD | 10,557.50 | 10,240.77 | 1,525.67 | 481.46 | 8,550.3 |

| Start Balance | PTO: | 0.00 | EIB: | 0.00 |
|---|---|---|---|---|
| | Current | YTD | | YTD |
| Accrued | 0.00 | 0.00 | | 0.00 |
| Taken | 0.00 | 0.00 | | 0.00 |
| Adjustments | 0.00 | 0.00 | | 0.00 |
| End Balance | | 0.00 | | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000012448723 | Checking | 80645918 | 25.00 |
| | Checking | 0247425915 | 364.60 |
| **TOTAL:** | | | **389.60** |

MESSAGE:

# Piedmont

**Piedmont Henry Hospital**
1133 Eagles Landing Pkwy
Stockbridge, GA 30281

| | |
|---|---|
| Pay Group: | 230-Piedmont Henry Hospital |
| Pay Begin Date: | 03/28/2021 |
| Pay End Date: | 04/10/2021 |

| | |
|---|---|
| Business Unit: | H2025 |
| Advice #: | 000000012430434 |
| Advice Date: | 04/16/2021 |

**Regina Wilson**
2951 Satellite Blvd
Apt 712
Duluth, GA 30096

| | |
|---|---|
| Employee ID: | 190193 |
| Department: | 73510-Labor and Delivery |
| Location: | 1133 Eagles Landing Pkwy |
| Job Title: | Staff RN-SPRN 3 |
| Pay Rate: | $38.000000 Hourly |

**TAX DATA:**

| | Federal | GA State |
|---|---|---|
| Tax Status: | Married | M-Se |
| Allowances: | 2 | 1+ |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | | | |
| Call Back | 03/28/2021 | 04/03/2021 | 57.000000 | 8.13 | 463.41 | 8.13 | 463.41 | | | |
| Call Pay | 03/28/2021 | 04/03/2021 | 4.000000 | 3.87 | 15.48 | 3.87 | 15.48 | | | |
| Regular | 03/28/2021 | 04/03/2021 | 38.000000 | 7.07 | 268.66 | 173.88 | 7,008.63 | | | |
| Night Diff | 03/28/2021 | 04/03/2021 | 4.500000 | 14.85 | 66.83 | 129.96 | 810.16 | | | |
| W/E Diff | 03/28/2021 | 04/03/2021 | 3.500000 | 7.07 | 24.75 | 103.88 | 568.69 | | | |
| Regular | 03/28/2021 | 04/03/2021 | 38.000000 | 11.75 | 446.50 | | 0.00 | | | |
| Eve Diff | 03/28/2021 | 04/03/2021 | 3.500000 | 3.65 | 12.78 | 61.68 | 215.93 | | | |
| Night Diff | 03/28/2021 | 04/03/2021 | 4.500000 | 8.00 | 36.00 | | 0.00 | | | |
| W/E Diff | 03/28/2021 | 04/03/2021 | 3.500000 | 8.10 | 28.35 | | 0.00 | | | |
| Regular | 03/28/2021 | 04/03/2021 | 38.000000 | 12.12 | 460.56 | | 0.00 | | | |
| Eve Diff | 03/28/2021 | 04/03/2021 | 3.500000 | 3.82 | 13.37 | | 0.00 | | | |
| Night Diff | 03/28/2021 | 04/03/2021 | 4.500000 | 8.00 | 36.00 | | 0.00 | | | |
| Regular | 04/04/2021 | 04/10/2021 | 38.000000 | 12.08 | 459.04 | | 0.00 | | | |

**CONTINUED NEXT PAGE**

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 170.79 | 409.48 |
| Fed MED/EE | 35.15 | 146.67 |
| Fed OASDI/EE | 150.26 | 627.12 |
| GA Withholdng | 102.57 | 308.54 |
| **TOTAL:** | **458.77** | **1,491.8** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) | 72.71 | 303.45 |
| **TOTAL:** | **72.71** | **303.45** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Subway- HENRY | 10.53 | 23.86 |
| Uniforms | 0.00 | 135.02 |
| **TOTAL:** | **10.53** | **158.88** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,423.56 | 2,350.85 | 458.77 | 83.24 | 1,881.55 |
| YTD | 10,114.91 | 9,811.46 | 1,491.81 | 462.33 | 8,160.77 |

| Start Balance | PTO: | 0.00 | EIB: | 0.00 |
|---|---|---|---|---|
| | Current | YTD | | YTD |
| Accrued | 0.00 | 0.00 | | 0.00 |
| Taken | 0.00 | 0.00 | | 0.00 |
| Adjustments | 0.00 | 0.00 | | 0.00 |
| End Balance | | 0.00 | | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000012430434 | Checking | 80645918 | 25.00 |
| | Checking | 0247425915 | 1,856.55 |
| **TOTAL:** | | | **1,881.55** |

**MESSAGE:**

# Piedmont

Piedmont Henry Hospital
1133 Eagles Landing Pkwy
Stockbridge, GA 30281

| | |
|---|---|
| Pay Group: | 250-Piedmont Henry Hospital |
| Pay Begin Date: | |
| Pay End Date: | 04/10/2021 |

| | |
|---|---|
| Business Unit: | H2025 |
| Advice #: | 000000012430434 |
| Advice Date: | 04/16/2021 |

**Regina Wilson**
2951 Satellite Blvd
Apt 712
Duluth, GA 30096

| | |
|---|---|
| Employee ID: | 190193 |
| Department: | 73510-Labor and Delivery |
| Location: | 1133 Eagles Landing Pkwy |
| Job Title: | Staff RN-SPRN 3 |
| Pay Rate: | $38.000000 Hourly |

**TAX DATA:**

| | Federal | GA State |
|---|---|---|
| Tax Status: | Married | M-Sep |
| Allowances: | 2 | 1+2 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | | 
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
| Eve Diff | 04/04/2021 | 04/10/2021 | 3.500000 | 3.87 | 13.55 | | 0.00 |
| Night Diff | 04/04/2021 | 04/10/2021 | 4.500000 | 8.00 | 36.00 | | 0.00 |
| W/E Diff | 04/04/2021 | 04/10/2021 | 3.500000 | 12.08 | 42.28 | | 0.00 |
| Call Flex | | | | | 0.00 | 16.33 | 65.32 |
| Flex | | | | | 0.00 | 1.02 | 0.00 |
| Holiday | | | | | 0.00 | 11.97 | 574.56 |
| Retro Pay | | | | | 0.00 | | 201.53 |
| Staff Inc2 | | | | | 0.00 | 11.95 | 191.20 |

**TOTAL:** 2,423.56    10,114.91    TOTAL:

## TAXES

| Description | Current | YTD |
|---|---|---|

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

# Piedmont

**Piedmont Henry Hospital**
1133 Eagles Landing Pkwy
Stockbridge, GA 30281

| | |
|---|---|
| Pay Group: | Piedmont Henry Hosp |
| Pay Begin Date: | 03/14/2021 |
| Pay End Date: | 03/27/2021 |

| | |
|---|---|
| Business Unit: | H2025 |
| Advice #: | 000000012411989 |
| Advice Date: | 04/02/2021 |

**Regina Wilson**
2951 Satellite Blvd
Apt 712
Duluth, GA 30096

| | |
|---|---|
| Employee ID: | 190193 |
| Department: | 73510-Labor and Delivery |
| Location: | 1133 Eagles Landing Pkwy |
| Job Title: | Staff RN-SPRN 3 |
| Pay Rate: | $45.000000 Hourly |

**TAX DATA:**

| | Federal | GA State |
|---|---|---|
| Tax Status: | Married | M-Se |
| Allowances: | 2 | 1+ |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Pay Period Begin Date | Pay Period End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 03/14/2021 | 03/20/2021 | 45.000000 | 4.55 | 204.75 | 130.86 | 5,373.87 |
| Night Diff | 03/14/2021 | 03/20/2021 | 7.500000 | 4.50 | 33.75 | 91.11 | 635.33 |
| Regular | 03/14/2021 | 03/20/2021 | 45.000000 | 7.22 | 324.90 | | 0.00 |
| Eve Diff | 03/14/2021 | 03/20/2021 | 3.500000 | 4.22 | 14.77 | 50.34 | 176.23 |
| Night Diff | 03/14/2021 | 03/20/2021 | 7.500000 | 3.00 | 22.50 | | 0.00 |
| Regular | 03/21/2021 | 03/27/2021 | 45.000000 | 16.82 | 756.90 | | 0.00 |
| Eve Diff | 03/21/2021 | 03/27/2021 | 3.500000 | 7.65 | 26.78 | | 0.00 |
| Night Diff | 03/21/2021 | 03/27/2021 | 7.500000 | 9.00 | 67.50 | | 0.00 |
| W/E Diff | 03/21/2021 | 03/27/2021 | 6.500000 | 4.85 | 31.53 | 76.63 | 473.31 |
| Call Flex | | | | | 0.00 | 16.33 | 65.32 |
| Flex | | | | | 0.00 | 1.02 | 0.00 |
| Holiday | | | | | 0.00 | 11.97 | 574.56 |
| Retro Pay | | | | | 0.00 | | 201.53 |

**CONTINUED NEXT PAGE**

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 63.89 | 238.69 |
| Fed MED/EE | 21.50 | 111.52 |
| Fed OASDI/EE | 91.97 | 476.86 |
| GA Withholdng | 50.13 | 205.97 |
| **TOTAL:** | **227.49** | **1,033.04** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) | 44.50 | 230.74 |
| **TOTAL:** | **44.50** | **230.74** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Subway- HENRY | 4.61 | 13.33 |
| Uniforms | 0.00 | 135.02 |
| **TOTAL:** | **4.61** | **148.35** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,483.38 | 1,438.88 | 227.49 | 49.11 | 1,206.78 |
| YTD | 7,691.35 | 7,460.61 | 1,033.04 | 379.09 | 6,279.22 |

| Start Balance | PTO: | 0.00 | EIB: | 0.00 |
|---|---|---|---|---|
| | Current | YTD | | YTD |
| Accrued | 0.00 | 0.00 | | 0.00 |
| Taken | 0.00 | 0.00 | | 0.00 |
| Adjustments | 0.00 | 0.00 | | 0.00 |
| End Balance | | 0.00 | | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000012411989 | Checking | 80645918 | 25.00 |
| | Checking | 0247425915 | 1,181.78 |
| **TOTAL:** | | | **1,206.78** |

**MESSAGE:**

**Piedmont**
Piedmont Henry Hospital
1133 Eagles Landing Pkwy
Stockbridge, GA 30281

Pay Group: 250-Piedmont Henry Hospital
Pay Begin Date:
Pay End Date: 03/27/2021

Business Unit: H2025
Advice #: 000000012411989
Advice Date: 04/02/2021

Regina Wilson
2951 Satellite Blvd
Apt 712
Duluth, GA 30096

Employee ID: 190193
Department: 73510-Labor and Delivery
Location: 1133 Eagles Landing Pkwy
Job Title: Staff RN-SPRN 3
Pay Rate: $45.000000 Hourly

| TAX DATA: | Federal | GA State |
|---|---|---|
| Tax Status: | Married | M-Sep |
| Allowances: | 2 | 1+2 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Pay Period Begin Date | End Date | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Staff Inc2 | | | | 0.00 | | 11.95 | 191.20 |

TOTAL: 1,483.38        7,691.35   TOTAL:

## TAXES

| Description | Current | YTD |
|---|---|---|

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

## Piedmont

| Piedmont Henry Hospital | Pay Group: | Piedmont Henry Hospital | Business Unit: | H2025 |
|---|---|---|---|---|
| 1133 Eagles Landing Pkwy | Pay Begin Date: | 02/28/2021 | Advice #: | 000000012393804 |
| Stockbridge, GA 30281 | Pay End Date: | 03/13/2021 | Advice Date: | 03/19/2021 |

| | | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|---|
| Regina Wilson | Employee ID: | 190193 | Tax Status: | Married | M-Se |
| 2951 Satellite Blvd | Department: | 73510-Labor and Delivery | Allowances: | 2 | 1 |
| Apt 712 | Location: | 1133 Eagles Landing Pkwy | Addl. Percent: | | |
| Duluth, GA 30096 | Job Title: | Staff RN-SPRN 3 | Addl. Amount: | | |
| | Pay Rate: | $45.000000 Hourly | | | |

### HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Flex | 02/28/2021 | 03/06/2021 | | 1.02 | 0.00 | 1.02 | 0.00 | Fed Withholdng | 0.00 | 174.80 |
| Regular | 02/28/2021 | 03/06/2021 | 45.000000 | 10.98 | 494.10 | 102.27 | 4,087.32 | Fed MED/EE | 8.83 | 90.02 |
| Eve Diff | 02/28/2021 | 03/06/2021 | 3.500000 | 3.70 | 12.95 | 38.47 | 134.68 | Fed OASDI/EE | 37.75 | 384.89 |
| Night Diff | 02/28/2021 | 03/06/2021 | 7.500000 | 7.28 | 54.60 | 74.61 | 511.58 | GA Withholdng | 2.36 | 155.84 |
| W/E Diff | 02/28/2021 | 03/06/2021 | 6.500000 | 7.28 | 47.32 | 71.78 | 441.78 | | | |
| Call Flex | | | | | 0.00 | 16.33 | 65.32 | | | |
| Holiday | | | | | 0.00 | 11.97 | 574.56 | | | |
| Retro Pay | | | | | 0.00 | | 201.53 | | | |
| Staff Inc2 | | | | | 0.00 | 11.95 | 191.20 | | | |
| | | | | | | | | | | |
| TOTAL: | | | | | 608.97 | | 6,207.97 | TOTAL: | 48.94 | 805.55 |

### BEFORE-TAX DEDUCTIONS | AFTER-TAX DEDUCTIONS | EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 401(k) | 18.27 | 186.24 | Uniforms | 0.00 | 135.02 | | | |
| | | | Subway- HENRY | 0.00 | 8.72 | | | |
| TOTAL: | 18.27 | 186.24 | TOTAL: | 0.00 | 143.74 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 608.97 | 590.70 | 48.94 | 18.27 | 541.76 |
| YTD | 6,207.97 | 6,021.73 | 805.55 | 329.98 | 5,072.44 |

| Start Balance | PTO: | 0.00 | EIB: | 0.00 | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|---|---|
| | Current | YTD | | YTD | | Account Type | Account Number | Deposit Amount |
| Accrued | 0.00 | 0.00 | | 0.00 | Advice #000000012393804 | Checking | 80645918 | 25.00 |
| Taken | 0.00 | 0.00 | | 0.00 | | Checking | 0247425915 | 516.76 |
| Adjustments | 0.00 | 0.00 | | 0.00 | | | | |
| End Balance | | 0.00 | | 0.00 | TOTAL: | | | 541.76 |

MESSAGE: